UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NAPOLEON A. JONES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CUAUHTEMOC URIBE,<br><br>    Defendant. | Case No.: 95CR0878-NAJ<br><br>[~~PROPOSED~~] **ORDER CONTINUING MOTION HEARING** |

**IT IS HEREBY ORDERED** that the supervised release violation petition filed by probation on August 6, 2009, in the above-captioned case shall be held in abeyance for six months pending further action by the probation department.

**IT IS FURTHER ORDERED** that Mr. Uribe be released from custody.

**SO ORDERED.**

Dated: 10-6-09

HONORABLE NAPOLEON A. JONES
United States District Court Judge